# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GREG BRENT, | ) |
| Plaintiff, | ) |
| | ) NO. 3:16-cv-01747 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| PRECHECK, INC., | ) MAGISTRATE JUDGE |
| | ) FRENSLEY |
| Defendant. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation on Plaintiff's Motion to Dismiss Without Prejudice (Doc. No. 113), which was filed on September 5, 2018. (Doc. No. 129). In the Report and Recommendation, the Magistrate Judge recommends Plaintiff's motion be denied because allowing Plaintiff to dismiss without prejudice and re-file his action would result in unfair treatment to Defendants.

The Report and Recommendation advised the parties that any objections were to be filed within fourteen days of service, and no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Plaintiff's Motion to Dismiss Without Prejudice is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE